UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2010 JUN 18 A 9: 44

In the Matter of the Application
for a Search Warrant for
Computer servers at GoDaddy,
a web hosting, and email provider,
headquartered at 14455 N. Hayden Road,
Suite 219, Scottsdale, AZ 85260

10-mj-53

UNDER SEAL - LEVEL I

## 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking an Order precluding GoDaddy from notifying any person of the existence of the Search Warrant pertaining the web site **ftp.shopings.info**, finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that GoDaddy shall not notify any person of the existence of the Search Warrant, for a period of ninety (90) days.

June 18, 2010

_____
Landya B. McCafferty
United States magistrate Judge