UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant for Computer          1:10-mj-51
servers at GoDaddy.com, Inc.,              UNDER SEAL - LEVEL I
a web hosting and email provider,
headquartered at 14455 N. Hayden Road,
Suite 219, Scottsdale, AZ 85260


### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking an extension of the Order precluding GoDaddy.com, Inc., from notifying any person of the existence of the search warrant pertaining the website **ftp.shopings.info,** finds that there is reason to believe that notification of the existence of the search warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that GoDaddy.com, Inc., shall not notify any person of the existence of the search warrant, for a period of one hundred eighty (180) days from the date of this Order.

SO ORDERED.


September ___13___, 2010            /s/ Landya B. McCafferty
                                    Landya B. McCafferty
                                    United States magistrate Judge